# UNITED STATES DISTRICT COURT

## Western District of Missouri

**JUDGMENT IN A CIVIL CASE**

**JAMES IRVIN, Register No. 160386**

    v.

**DAVE DORMIRE, et al**

Case Number: 04-4141-CV-C-NKL

_     *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X     *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

–     that plaintiff's motions for judgment on the pleadings are denied [15, 17]. It is further
–     ORDERED that defendants' motion to dismiss is granted and plaintiff's claims challenging his loss of a preferred prison job are dismissed for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915A [12]. It is further
–     ORDERED that plaintiff's equal protection claims are dismissed, without prejudice, for failure to exhaust administrative remedies, pursuant to 42 U.S.C. § 1997e.

ENTERED ON: April 18, 2005

<u>April 18, 2005</u>

Date

PATRICIA L. BRUNE

Clerk

L. Bax
(By) Deputy Clerk