IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JAMES IRVIN, Register No. 160386, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-4141-CV-C-NKL |
| DAVE DORMIRE, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

On July 11, 2005, plaintiff filed a motion to stay proceedings and request to certify his case for appeal to the Unites States Supreme Court.

Plaintiff's claims were previously dismissed by this court on April 18, 2005. Therefore, plaintiff's motion to stay proceedings is denied as moot. To the extent plaintiff seeks to certify his case for appeal to the United States Supreme Court, plaintiff is advised that he may seek a writ of certiorari by filing directly with the Supreme Court of the United States, as set forth in the *Rules of the Supreme Court of the United States* (2005). Accordingly, plaintiff's motion for this court to certify his case for purposes of seeking a writ of certiorari with the United States Supreme Court is denied.

IT IS, THEREFORE, ORDERED that plaintiff's motion to stay proceedings and request to certify his case for appeal to the United States Supreme Court is denied [28].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: August 1, 2005
Jefferson City, Missouri